**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

Randall Tetzner )
) Case No. 2:17–cv–00459–REB
            Plaintiff, )
)
)
)
vs. )
) **NOTICE OF ASSIGNMENT TO A**
) **UNITED STATES MAGISTRATE**
) **JUDGE AND CONSENT FORM**
)
Christa Hazel )
)
            Defendant )
)
)

_____

In accordance with District of Idaho General Order No. 237, you are notified that the above entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial and entry of final judgment.

Exercise of this jurisdiction by a United States Magistrate Judge is, however, permitted only if all parties file a written consent form, a copy of which is part of this notice. No Judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge. All parties are requested to return this form within 60 days of receipt to the Clerk of Court. Any party deciding to proceed before a United States Magistrate Judge should sign the consent to proceed form and return it to the Clerk of Court by e–mailing the same in .pdf format to the following address: consents@id.uscourts.gov. If you are self represented, you should mail this form to the following address: U.S. District Court, 550 W. Fort St. Room 400, Boise, ID 83724

An appeal from a judgment entered by a United States Magistrate Judge will be directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this District Court. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.

**CONSENT TO THE EXERCISE OF JURISDICTION**
**BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and District of Idaho General Order No. 237, the undersigned party to this case consents to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, and order the entry of a final judgment.

Party Represented                    Signature                              Date

_____        _____        _____