United States District Court
for the
District of Idaho

Randall L. Tetzner                    ) civil action NO.
        plaintiff                     )
                                      )
            v.                        ) CV-17-0459-N-REB
                                      )
    Christa Hazel etal                )
        defendants

            motion to file document under seal

_____

plaintiff has information crucial to seeking
the ability to file without paying fee's, the
information is highly confidential and would
cause plaintiff and others great embarressment and
humiliation if made public, and mentions juveniles
whose medical care and history needs to be protected.

Randall L Tetzner    11-03-2017
                          prose
Randall L Tetzner
1318 E Locust Ave
coeur d Alene, Id. 83814
208-704-3787