Brian K. Julian – ISB No. 2360
Chris H. Hansen – ISB No. 3076
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:     (208) 344-5510
E-Mail:        bjulian@ajhlaw.com
               chansen@ajhlaw.com
Attorneys for Defendants Christa Hazel,
    Tambra Pickford, Casey Morrisroe,
    Tom Hearn, Dave Eubanks, Matt Handelman,
    and Coeur d' Alene School District 271

UNITED STATES DISTRICT COURT<br>
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL L. TETZNER,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTA HAZEL, Former Trustee President, Coeur d' Alene School District 271; TAMBRA PICKFORD, CASEY MORRISROE, TOM HEARN, DAVE EUBANKS, Trustees, Coeur d' Alene School District 271; MATT HANDELMAN, Former Superintendent, Coeur d' Alene School District 271; COEUR D' ALENE SCHOOL DISTRICT 271; CITY OF COEUR D' ALENE, IDAHO; COEUR D' ALENE POLICE DEPARTMENT; LEE R. WHITE, Chief of Police, Coeur d' Alene Police Department; JAY WILHELM, CRYSTAL SHAW, BUHL, Detectives, Coeur d' Alene Police Department; JOHN DOES 1 & 2, Coeur d' Alene Police Officers; JOHN DOES 3-100,<br><br>Defendants. | Case No. 2:17-CV-00459-REB<br><br>NOTICE OF APPEARANCE |

TO:  PLAINTIFF:

NOTICE OF APPEARANCE - 1

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendants Christa Hazel, Tambra Pickford, Casey Morrisroe, Tom Hearn, Dave Eubanks, Matt Handelman, and Coeur d' Alene School District 271, in the above-entitled action.

Defendants Christa Hazel, Tambra Pickford, Casey Morrisroe, Tom Hearn, Dave Eubanks, Matt Handelman, and Coeur d' Alene School District 271hereby specifically reserve all defenses as to lack of jurisdiction over the subject matter, lack of jurisdiction over the persons, improper venue, insufficiency of process and/or service of process, failure to state a claim for which relief may be granted, failure to join an indispensable party and any other defense available to said Defendants.

DATED this /4ᵗʰ day of November, 2017.

ANDERSON, JULIAN & HULL LLP

By_____
Brian K. Julian, Of the Firm
Chris H. Hansen, Of the Firm
Attorneys for Defendants Christa Hazel,
   Tambra Pickford, Casey Morrisroe,
   Tom Hearn, Dave Eubanks,
   Matt Handelman, and Coeur d' Alene
   School District 271

NOTICE OF APPEARANCE - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __14__ day of November, 2017, I served a true and correct copy of the foregoing by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Randall L. Tetzner | ☒ | U.S. Mail, postage prepaid |
| Pro Se | ☐ | Hand-Delivered |
| 1318 E. Locust Ave. | ☐ | Overnight Mail |
| Coeur d' Alene, ID 83814 | ☐ | Facsimile |
| T: (208) 704-3787 | ☐ | E-Mail |
| E: randytetznercfi@gmail.com | ☒ | ECF |

_____
Brian K. Julian

NOTICE OF APPEARANCE - 3