FILED/RECEIVED

IN THE US DISTRICT COURT FOR THE DISTRICT OF IDAHO
2017 NOV 17 PM 12: 27

RANDALL TETZNER,                    ) Case Number CV 17-459
                Plaintiff           )                US COURTS
                                    )                COEUR DALENE, ID
                                    )
        Vs.                         ) MOTION FOR INTERLINEATION
                                    )
CHRISTA HAZEL, ET AL,               )
                Defendants          )


Through a printing error the plaintiff has noted the following part of the complaint was left off Section B of the complaint.

Aricle 1 section 9 paragragh 3 "No Bill of Attainder nor ex post facto Law shall be passed".

Supplamental Jurisdiction Article III of the United States Constitution, 28 U.S.C. section 1367

Also each defendant is sued in their individual and official capacity, even though the courts on-line form for pro se does not mention this, not mentioning it could be a fatal pleading defect.

And plaintiff requests it be added to the complaint.

Randall Tetzner
Plaintiff Pro Se
1318 E. Locust Ave.
Coeur d Alene, ID.83814
(208)704-3787