Brian K. Julian – ISB No. 2360
Chris H. Hansen – ISB No. 3076
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:    (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:       bjulian@ajhlaw.com
              chansen@ajhlaw.com

Attorneys for Defendants Christa Hazel,
    Tambra Pickford, Casey Morrisroe,
    Tom Hearn, Dave Eubanks, Matt Handelman,
    and Coeur d' Alene School District 271

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL L. TETZNER,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTA HAZEL, Former Trustee President, Coeur d' Alene School District 271; TAMBRA PICKFORD, CASEY MORRISROE, TOM HEARN, DAVE EUBANKS, Trustees, Coeur d' Alene School District 271; MATT HANDELMAN, Former Superintendent, Coeur d' Alene School District 271; COEUR D' ALENE SCHOOL DISTRICT 271; CITY OF COEUR D' ALENE, IDAHO; COEUR D' ALENE POLICE DEPARTMENT; LEE R. WHITE, Chief of Police, Coeur d' Alene Police Department; JAY WILHELM, CRYSTAL SHAW, BUHL, Detectives, Coeur d' Alene Police Department; JOHN DOES 1 & 2, Coeur d' Alene Police Officers; JOHN DOES 3-100,<br><br>        Defendants. | Case No. 2:17-CV-00459-REB<br><br><br>**MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT** |

**MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT - 1**

**COME NOW** Defendants, Christa Hazel, Tambra Pickford, Casey Morrisroe, Tom Hearn, Dave Eubanks, Matt Handelman, and the Coeur d' Alene School District 271 by and through their counsel of record, Anderson, Julian & Hull, LLP, and respectfully move this Court pursuant to Rules 5(a)(1) and 5.2 of the Federal Rules of Civil Procedure, and Local Civil Rule 5.3(a)(1) for an Order requiring the Plaintiff to provide a copy of the "Sealed" document which was filed on November 21, 2017, (Docket No. 9) to these Defendants. These Defendants in this matter requested a copy of the Sealed Document from Plaintiff, but that request has been denied.

This Motion is further based upon the Memorandum filed contemporaneously herewith and the Affidavit of Chris H. Hansen.

DATED this ____ day of December, 2017.

ANDERSON, JULIAN & HULL LLP

By: _____
      Brian K. Julian, Of the Firm
      Chris H. Hansen, Of the Firm
      Attorneys for Defendants Christa Hazel,
         Tambra Pickford, Casey Morrisroe,
         Tom Hearn, Dave Eubanks,
         Matt Handelman, and Coeur d' Alene
         School District 271

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _4_ day of _December_ , 2017, I served a true and correct copy of the foregoing **MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Randall L. Tetzner                             ☑ U.S. Mail, postage prepaid
*Pro Se*                                       ☐ Hand-Delivered
1318 E. Locust Ave.                            ☐ Overnight Mail
Coeur d' Alene, ID 83814                       ☐ Facsimile
T: (208) 704-3787                              ☐ E-Mail
E: randytetznercfi@gmail.com                   ☑ ECF

Chris H. Hansen