Brian K. Julian – ISB No. 2360
Chris H. Hansen – ISB No. 3076
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:      (208) 344-5800
Facsimile:       (208) 344-5510
E-Mail:           bjulian@ajhlaw.com
                      chansen@ajhlaw.com

Attorneys for Defendants Christa Hazel,
    Tambra Pickford, Casey Morrisroe,
    Tom Hearn, Dave Eubanks, Matt Handelman,
    and Coeur d' Alene School District 271

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL L. TETZNER,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHRISTA HAZEL, Former Trustee President, Coeur d' Alene School District 271; TAMBRA PICKFORD, CASEY MORRISROE, TOM HEARN, DAVE EUBANKS, Trustees, Coeur d' Alene School District 271; MATT HANDELMAN, Former Superintendent, Coeur d' Alene School District 271; COEUR D' ALENE SCHOOL DISTRICT 271; CITY OF COEUR D' ALENE, IDAHO; COEUR D' ALENE POLICE DEPARTMENT; LEE R. WHITE, Chief of Police, Coeur d' Alene Police Department; JAY WILHELM, CRYSTAL SHAW, BUHL, Detectives, Coeur d' Alene Police Department; JOHN DOES 1 & 2, Coeur d' Alene Police Officers; JOHN DOES 3-100,<br><br>                    Defendants. | Case No. 2:17-CV-00459-REB<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT** |

**COME NOW,** Defendants, Christa Hazel, Tambra Pickford, Casey Morrisroe, Tom Hearn, Dave Eubanks, Matt Handelman, and the Coeur d' Alene School District 271 by and through their counsel of record, Anderson, Julian & Hull, LLP, and respectfully submits this Memorandum in Support of Motion to Compel Disclosure of Sealed Document and seeking an Order from the Court which requires the Plaintiff to provide such information to these Defendants.

On November 21, 2017, Plaintiff filed a "sealed" document with the Court designated as Docket No. 9. These Defendants do not know what that document is, the contents of the document and have not received a copy of that document from the Plaintiff. On November 29, 2017, these Defendants, through their counsel of record, Anderson Julian & Hull LLP, sent a letter to the Plaintiff and requested a copy of the Sealed Document. Shortly thereafter, these Defendants received two emails from Plaintiff, both of which indicate that he was unwilling to provide a copy of the Sealed Document to these Defendants. Copies of the initial letter and the responses from Plaintiff are attached to the Affidavit of Chris H. Hansen as Exhibits A and B.

According to Rules 5(a)(1) and 5.2 of the Federal Rules of Civil Procedure, copies of any pleadings or other papers should be provided to every party. In this case, the document was filed electronically, the parties are authorized to file documents and records under seal. However, such documents must be shared with opposing parties. Local Civil Rule 5.3(a)(1) In the US District Court's electronic case filing procedures amended as of November 18, 2016, the Idaho US District Court recognized and authorized the filing of sealed documents. Those procedures, however, specifically recognize that Court's electronic filing system will not provide a copy of sealed document to opposing counsel. **(See** Electronic Filing Procedures 14(f)) Thus, the Electronic Filing Procedures indicates:

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT - 2**

"Accordingly, counsel must serve a copy of the proposed sealed documents and sealed memoranda in support of motions to seal to all parties in some other manner allowed under the Federal Rules of Civil Procedure or Federal Rules of Criminal Procedure."

In this case despite an appropriate request, *Pro Se* Plaintiff will not provide the sealed information to these Defendants. These Defendants respectfully request an Order from the Court authorizing the Clerk to provide a copy of the Sealed Documents to these Defendants or alternative requiring Plaintiff to send a true and correct copy of the Sealed Document to these Defendants within ten (10) days of the date of the Order.

DATED this _____ day of December, 2017.

ANDERSON, JULIAN & HULL LLP

By:_____
　　Brian K. Julian, Of the Firm
　　Chris H. Hansen, Of the Firm
　　Attorneys for Defendants Christa Hazel,
　　　　Tambra Pickford, Casey Morrisroe,
　　　　Tom Hearn, Dave Eubanks,
　　　　Matt Handelman, and Coeur d' Alene
　　　　School District 271

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of _December_, 2017, I served a true and correct copy of the foregoing **MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Randall L. Tetzner
*Pro Se*
1318 E. Locust Ave.
Coeur d' Alene, ID 83814
T: (208) 704-3787
E:  randytetznercfi@gmail.com

☑ U.S. Mail, postage prepaid
☐ Hand-Delivered
☐ Overnight Mail
☐ Facsimile
☐ E-Mail
☑ ECF

Chris H. Hansen

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT - 4**