Brian K. Julian – ISB No. 2360
Chris H. Hansen – ISB No. 3076
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:      (208) 344-5800
Facsimile:      (208) 344-5510
E-Mail:         bjulian@ajhlaw.com
                chansen@ajhlaw.com

Attorneys for Defendants Christa Hazel,
    Tambra Pickford, Casey Morrisroe,
    Tom Hearn, Dave Eubanks, Matt Handelman,
    and Coeur d' Alene School District 271

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL L. TETZNER,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHRISTA HAZEL, Former Trustee President, Coeur d' Alene School District 271; TAMBRA PICKFORD, CASEY MORRISROE, TOM HEARN, DAVE EUBANKS, Trustees, Coeur d' Alene School District 271; MATT HANDELMAN, Former Superintendent, Coeur d' Alene School District 271; COEUR D' ALENE SCHOOL DISTRICT 271; CITY OF COEUR D' ALENE, IDAHO; COEUR D' ALENE POLICE DEPARTMENT; LEE R. WHITE, Chief of Police, Coeur d' Alene Police Department; JAY WILHELM, CRYSTAL SHAW, BUHL, Detectives, Coeur d' Alene Police Department; JOHN DOES 1 & 2, Coeur d' Alene Police Officers; JOHN DOES 3-100,<br><br>                    Defendants. | Case No. 2:17-CV-00459-REB<br><br><br>**AFFIDAVIT OF CHRIS H. HANSEN IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT** |

**AFFIDAVIT OF CHRIS H. HANSEN IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT - 1**

STATE OF IDAHO    )
                  ) ss:
County of Ada      )

CHRIS H. HANSEN, having been first duly sworn upon oath, deposes and says:

1.      That the statements contained herein are made of your Affiant's own personal knowledge and are true and correct to the best of his information.

2.      That your Affiant has been retained to represent some of the Defendants in this matter.

3.      That according to the Federal Court Docket Sheet, on November 21, 2017, Plaintiff filed a "Sealed Document" which has been identified as Docket No. 9.

4.      That on November 29, 2017, your Affiant sent a letter to the Plaintiff request a copy of the "Sealed Documents", a true and correct copy of which is attached hereto as Exhibit A.

5.      That in response to the letter noted above, your Affiant received an email from Plaintiff which indicated that he did not intend to provide a copy of the "Sealed Document" to Defendants' counsel. A short time later, your Affiant received a second email from Plaintiff again indicating that he did not intend to provide a copy of the "Sealed Document" to these Defendants. A true and correct copy of the Plaintiff's emails responses are attached hereto as Exhibit B.

6.      Accordingly, these Defendants submits that Motion requesting Court assistance from the Court is appropriate.

\\

\\

**AFFIDAVIT OF CHRIS H. HANSEN IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT - 2**

FURTHER your Affiant saith naught.

Chris H. Hansen

SUBSCRIBED AND SWORN to before me this __4th__ day of December, 2017.

Notary Public for Idaho
Residing at: __Boise, Idaho__
My Commission Expires: __9 . 9 . 23__

DENNISE G. SANCHEZ
NOTARY PUBLIC
STATE OF IDAHO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __4__ day of __December__, 2017, I served a true and correct copy of the foregoing **AFFIDAVIT OF CHRIS H. HANSEN IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Randall L. Tetzner
*Pro Se*
1318 E. Locust Ave.
Coeur d' Alene, ID 83814
T: (208) 704-3787
E:  randytetznercfi@gmail.com

☑ U.S. Mail, postage prepaid
☐ Hand-Delivered
☐ Overnight Mail
☐ Facsimile
☐ E-Mail
☑ ECF

Chris H. Hansen

**AFFIDAVIT OF CHRIS H. HANSEN IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF SEALED DOCUMENT - 3**



# ANDERSON, JULIAN & HULL LLP

Attorneys and Counselors at Law

| | | |
|---|---|---|
| Robert A. Anderson | Matthew O. Pappas | C. W. Moore Plaza |
| Brian K. Julian | Robby J. Perucca | 250 South Fifth Street, Suite 700 |
| Alan K. Hull | Robert A. Mills | Post Office Box 7426 |
| Chris H. Hansen | Bret A. Walther | Boise, Idaho 83707-7426 |
| Phillip J. Collaer | Yvonne A. Dunbar | Telephone: (208)344-5800 |
| Michael P. Stefanic | Andrea J. Fontaine | Facsimile: (208)344-5510 |
| Amy G. White | Scott W. Marotz | |
| Mark D. Sebastian | Anne S. Magnelli | e-mail: bjulian@ajhlaw.com |

Wes L. Scrivner, Of Counsel

Web Site: www.ajhlaw.com
With Attorneys Licensed to Practice in
Idaho, Oregon and Washington

November 29, 2017

*U.S. Mail & Email: randytetznercfi@gmail.com*

Randall L. Tetzner
1318 E. Locust Ave.
Coeur d' Alene, ID 83814

Re:    Tetzner, Randy v. Coeur d' Alene School District, et al.
AJH File No.: 2321-401

Dear Mr. Tetzner:

We received an electronic filing notification that you filed a "sealed" document (Dkt. 9) on November 21, 2017. We are not able to access this document as it is sealed. If you have not done so already, please forward the document to me by email to chansen@ajhlaw.com or by mail to Chris Hansen, Anderson, Julian & Hull, LLP, PO Box 7426, Boise, ID 83707-7426.

Thank you for your attention to this matter.

Very truly yours,

Chris H. Hansen

CHH:aj



**From:** Randy Tetzner [mailto:randytetznercfi@gmail.com]
**Sent:** Wednesday, November 29, 2017 5:15 PM
**To:** Angela Jenkins
**Subject:** Re: Tetzner v. Coeur d' Alene SD

The whole point of a sealed document is to keep prying eyes from it.  Did I miss a FRCP that I must comply with to give you access to something not related to the action?

Randy Tetzner

On Nov 29, 2017 10:32 AM, "Angela Jenkins" <ajenkins@ajhlaw.com> wrote:

Dear Mr. Tetzner,


Attached, please find correspondence from Chris H. Hansen.


Regards,


Angela C. Jenkins

Legal Assistant to Brian K. Julian

and Andrea J. Fontaine


ANDERSON, JULIAN & HULL  LLP

C.W. Moore Plaza

250 South Fifth Street, STE 700

PO Box 7426

Boise, ID  83707-7426



PH:  208.344.5800

FX:  208.344.5510

ajenkins@ajhlaw.com

CONFIDENTIALITY NOTICE - This email transmission (and/or the documents/attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone.

2

**From:** Randy Tetzner [mailto:randytetznercfi@gmail.com]
**Sent:** Wednesday, November 29, 2017 7:50 PM
**To:** Angela Jenkins
**Subject:** Re: Tetzner v. Coeur d' Alene SD

Local Rule 5.3 governs the filing of documents under seal. You being lawyers are presumed to know these rules better than me. The rule is specific about what needs to be shown to you and nothing I have filed meets those requirements. Absent a showing of other legal precedence or an order by the court I have no intention of sharing what I filed under seal.

Randy Tetzner

On Nov 29, 2017 4:14 PM, "Randy Tetzner" <randytetznercfi@gmail.com> wrote:
The whole point of a sealed document is to keep prying eyes from it. Did I miss a FRCP that I must comply with to give you access to something not related to the action?

Randy Tetzner

On Nov 29, 2017 10:32 AM, "Angela Jenkins" <ajenkins@ajhlaw.com> wrote:

Dear Mr. Tetzner,


Attached, please find correspondence from Chris H. Hansen.


Regards,


**Angela C. Jenkins**

**Legal Assistant to Brian K. Julian**

**and Andrea J. Fontaine**


**ANDERSON, JULIAN & HULL LLP**

C.W. Moore Plaza

250 South Fifth Street, STE 700

PO Box 7426

Boise, ID  83707-7426

PH:  208.344.5800

FX:  208.344.5510

ajenkins@ajhlaw.com


CONFIDENTIALITY NOTICE - This email transmission (and/or the documents/attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone.

2