# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL L. TETZNER, | Case No.: 2:17-cv-00459-REB |
| Plaintiff, | **ORDER OF REASSIGNMENT** |
| vs. | |
| CHRISTA HAZEL, Former Trustee President, Coeur d'Alene School District 271; TAMBRA PICKFORD, CASEY MORRISROE, TOM HEARN, DAVE EUBANKS, Trustees, Coeur d'Alene School District 271; COEUR D'ALENE SCHOOL DISTRICT 271; CITY OF COEUR D'ALENE , IDAHO; COEUR D'ALENE POLICE DEPARTMENT; LEE R. WHITE, Chief of Police, Coeur d'Alene Police Department; JAY WILHELM, CRYSTAL SHAW, BUHL, Detectives, Coeur d'Alene Police Department; JOHN DOES 1 & 2, Coeur d'Alene Police Officers; JOHN DOES 3-100, | |
| Defendants. | |

Plaintiff has filed a Complaint and Application to Proceed In Forma Pauperis in this Court. *See* (Docket Nos. 1-2). Because not all named parties have consented to the jurisdiction of a United States Magistrate Judge to conduct all proceedings in this case in accordance with 28 U.S.C. § 636(c), FRCP 73, IT IS HEREBY ORDERED that this case is REASSIGNED to a United States District Judge for screening pursuant to 28 U.S.C. §§ 1915 and 1915A. *See Williams v. King*, 875 F.3d 500 (9th Cir. 2017).



DATED: March 5, 2018

Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER OF REASSIGNMENT - 1**