United States District court
For the District of Idaho

Randall Tetzner,            )
        Plaintiff,          )  Case No. 2-17-cv-00459
                            )                    BLW
                            )
        vs                  )
                            )       U.S. COURTS
                            )
Christa Hazel,              )      SEP 14 2018
        et al               )  Rcvd___Filed___Time 3:15pm
                            )  STEPHEN W. KENYON
                            )  CLERK, DISTRICT OF IDAHO

Motion to Reconsider denial
of fee waiver based on changes and
to keep new information under seal

1 Changes in Plaintiff's financial status are
worthy of review.

2. Plaintiff also requests a payment plan.

3. Plaintiff requests 504 and ADA accomodations

4. Reasons are filed under seal.

I certify I emailed a copy of this document to
chris Hanson, and mailed 1st class prepaid mail to
cw Moore Plaza 250 s. 5th. St. # 700, Boise, ID. 83702
        9, 14, 2018
                        Randy Tetzner