Brian K. Julian – ISB No. 2360
Chris H. Hansen – ISB No. 3076
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:     (208) 344-5510
E-Mail:        bjulian@ajhlaw.com
               chansen@ajhlaw.com
Attorneys for Defendants Christa Hazel,
     Tambra Pickford, Casey Morrisroe,
     Tom Hearn, Dave Eubanks, Matt Handelman,
     and Coeur d' Alene School District 271

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| RANDALL L. TETZNER,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTA HAZEL, Former Trustee President, Coeur d' Alene School District 271; TAMBRA PICKFORD, CASEY MORRISROE, TOM HEARN, DAVE EUBANKS, Trustees, Coeur d' Alene School District 271; MATT HANDELMAN, Former Superintendent, Coeur d' Alene School District 271; COEUR D' ALENE SCHOOL DISTRICT 271; CITY OF COEUR D' ALENE, IDAHO; COEUR D' ALENE POLICE DEPARTMENT; LEE R. WHITE, Chief of Police, Coeur d' Alene Police Department; JAY WILHELM, CRYSTAL SHAW, BUHL, Detectives, Coeur d' Alene Police Department; JOHN DOES 1 & 2, Coeur d' Alene Police Officers; JOHN DOES 3-100,<br><br>        Defendants. | Case No. 2:17-CV-00459-EJL<br><br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION - 1

**COME NOW** the above-entitled Defendants, by and through their counsel of record, Anderson, Julian & Hull, LLP, and respectfully object to Plaintiff's Motion for Reconsideration.

Initially, Plaintiff provided Defendants a single, one page, handwritten Motion with four handwritten pages, apparently filed "under seal". Defendants would note that the statements filed "under seal", did not provide any supporting documents, invoices, bills or statements which supported Plaintiff's Motion. Thus, Defendants do not have an appropriate opportunity to determine the accuracy of said statements and/or representations which were made by Plaintiff in his filings with this Court.

Although, Defendants' counsel acknowledges that Plaintiff has asserted that he has recently suffered from various medical issues, without having any documentation, medical bills, invoices, etc., and/or that Plaintiff is personally liable for such medical expenses, Defendants do not have sufficient information to determine whether those recent medical issues were sufficient to justify modification of the Court's previous Memorandum Decision dated Order which was issued on August 15, 2018. Therefore, these Defendants respectfully object to Plaintiff's Motion for Reconsideration.

DATED this ___24th___ day of September, 2018.

ANDERSON, JULIAN & HULL LLP

By: _____
        Brian K. Julian, Of the Firm
        Chris H. Hansen, Of the Firm
        Attorneys for Defendants Christa Hazel,
            Tambra Pickford, Casey Morrisroe,
            Tom Hearn, Dave Eubanks,
            Matt Handelman, and Coeur d' Alene
            School District 271

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _24th_ day of _September_, 2018, I served a true and correct copy of the foregoing by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Randall L. Tetzner
Pro Se
1318 E. Locust Ave.
Coeur d' Alene, ID 83814
T: (208) 704-3787
E: randytetznercfi@gmail.com

☐ U.S. Mail, postage prepaid
☐ Hand-Delivered
☐ Overnight Mail
☐ Facsimile
☑ E-Mail
☑ ECF

Chris H. Hansen

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION - 3**