PETER C. ERBLAND -- ISBA #2456
perbland@lclattorneys.com
JENNIFER FEGERT– ISBA #7187
jfegert@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Ave., Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF COEUR D'ALENE; COEUR D'ALENE POLICE DEPARTMENT, POLICE CHIEF LEE R. WHITE; DETECTIVE JAY WILHELM, COEUR D'ALENE POLICE DEPARTMENT; DETECTIVE CRYSTAL SHAW, COEUR D'ALENE POLICE DEPARTMENT; OFFICER BUHL, CITY OF COEUR D'ALENE POLICE DEPARTMENT, et al. <br><br> Defendants. | Case No. 2:17-cv-459-EJL <br><br> **DEFENDANT CITY OF COEUR D'ALENE ET AL'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW the defendants, City of Coeur d'Alene, City of Coeur d'Alene Police Department, Lee White, Jay Wilhelm, Crystal Shaw and Craig Buhl (hereinafter "City Defendants"), by and through their attorneys of record, and hereby answers the plaintiff's complaint as follows:

**DEFENDANT CITY OF COEUR D'ALENE ET AL'S**
**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**                                   **- 1**

## General

City Defendants deny each and every allegation of the plaintiff's complaint not expressly and specifically admitted in this answer. The paragraph numbers referenced in this answer correspond with the paragraph numbers in the complaint.

## I. Parties

This section of the plaintiff's complaint does not contain factual allegations against the City Defendants and therefore no answer is required. If an answer is required, City Defendants, upon information and belief, admit that all parties named are residents of Kootenai County, Idaho.

## II. Basis for Jurisdiction

A.      City Defendants admit that jurisdiction is proper in this matter pursuant to 42 U.S.C. § 1983, but deny any violations thereof.

B.      City Defendants admit that jurisdiction is proper in this matter pursuant to 42 U.S.C. § 1983, but deny any violations thereof.

C.      Paragraph II(C) of the plaintiff's complaint contains no allegations against these answering defendants and therefore no answer is required.

D.      City Defendants admit that the City of Coeur d'Alene is a municipality and governmental agency within the State of Idaho. City Defendants admit that at all times relevant to this matter, Lee R. White was the Chief of Police for the City of Coeur d'Alene Police Department and was acting under color of law. City Defendants admit that at all times relevant to this matter Jay Wilhelm was a police officer with the City of Coeur d'Alene Police Department and was acting under color of law and within the course and scope of his employment as a police officer and as a school resource officer. City Defendants admit that at all times relevant to this

matter, Crystal Shaw and Craig Buhl were police officers with the City of Coeur d'Alene Police Department and were acting under color of law and in the course and scope of their employment as police officers. City Defendants deny the remaining allegations in paragraph II(D) of the plaintiff's complaint.

### III. Statement of Claims

A.     City Defendants admit that all matters complained of by the plaintiff occurred within the Coeur d'Alene City limits and at the places alleged by plaintiff in paragraph III(A) of the complaint.

B.     City Defendants admit that on or about October 28, 2018, plaintiff was advised to stop contacting Christa Hazel through email communications. City Defendants further admit and aver that on or about November 4, 2015, the plaintiff was issued a citation for trespassing on property of the Coeur d'Alene School District. City Defendants are without sufficient information to admit or deny the remaining allegations in paragraph III(B) of the plaintiff's complaint and therefore deny the same, subject to additional discovery.

C.     City Defendants answer the allegations in paragraph III(C) as follows:

1.     Subparagraph III(C)(1) of the complaint does not contain factual allegations against these answering defendants and therefore no answer is required.

2.     City Defendants deny the allegations in Subparagraph III(C)(2) of the complaint.

3.     City Defendants deny the allegations in Subparagraph III(C)(3) of the complaint.

4.     City Defendants are without sufficient information to admit or deny the allegations in Subparagraph III(C)(4) of the complaint and therefore deny the same.

5.      Subparagraph III(C)(5) does not contain allegations against these answering defendants and therefore no answer is required.  If an answer is required, City Defendants deny the same.

6.      City Defendants deny the allegations in Subparagraph III(C)(6) of the complaint.

7.      City Defendants are without sufficient information to admit or deny the allegations in Subparagraph III(C)(7) of the complaint and therefore deny the same.

## IV. Injuries

City Defendants are without sufficient information to admit or deny the allegations in paragraph IV concerning the injuries alleged by plaintiff and therefore deny the same.  City Defendants deny any wrongful act or omission.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Federal Rules of Civil Procedure, City Defendants hereby demand a trial by jury.

## AFFIRMATIVE DEFENSES

### I.

Discovery, investigation and research may show that one or more claims in the complaint fails to state a cause of action upon which relief may be granted.

### II.

The alleged actions of the City Defendants, if any, do not rise to the level of a deprivation of a constitutionally protected right or statutory right.  By asserting this defense, the City Defendants do not admit to any wrongdoing, but deny the same unless herein specifically and expressly admitted.

**DEFENDANT CITY OF COEUR D'ALENE ET AL'S**
**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** **- 4**

**III.**

Any and all conduct on the part of these answering defendants with respect to the matters alleged in the complaint were lawful, justifiable and performed within their duties and responsibilities as law enforcement officers, in good faith and with the belief that such acts were proper and appropriate.

**IV.**

City Defendants are entitled to qualified immunity on all plaintiff's federal law claims. To the extent the plaintiff alleges any state law claims, City Defendants are entitled to immunity pursuant to the Idaho Tort Claims Act.

**V.**

City Defendants are not liable in their individual capacities.

**VI.**

Plaintiff's damages, if any, were proximately caused by the negligent or otherwise wrongful conduct of the plaintiff or others. Furthermore, discovery, investigation and research may show that the plaintiff failed to mitigate his damages, if any.

**VII.**

Discovery, investigation and research may show that all or part of Plaintiff's claims are barred by the statute of limitations.

**VIII.**

Whereas discovery is just beginning, the City Defendants reserve the right to modify and amend their answer to the complaint in this matter.

## PRAYER FOR RELIEF

WHEREFORE, the City Defendants pray for judgment against plaintiff as follows:

1.      That plaintiff's complaint be dismissed and the plaintiff recover nothing.

2.      That the City Defendants be awarded their costs of suit and reasonable attorney fees incurred in defending this action; and

3.      That the City Defendants be awarded such other and further relief as the court deems proper.

DATED this  9th  day of May, 2019.

LAKE CITY LAW GROUP PLLC

/ s / *Peter C. Erbland*
PETER C. ERBLAND
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___9th___ day of May, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Attorneys for Defendants Coeur d'Alene
School District; Tambra Pickford, Casey
Morrisroe,; Tom Hearn; Deve Eubanks and
Matt Handelman:

Brian K. Julian                                           ☒ : Email chhansen@ajhlaw.com
Chris H. Hansen
ANDERSON, JULIAN & HULL
P.O. Box 7426
Boise, ID  83707-7426

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF registered Participant in the manner indicated:

Via first class mail, postage prepared addressed as follows:

Plaintiff pro se:

Randall Tetzner                                           ☒ U.S. Mail
1318 E. Locust
Coeur d'Alene, ID  83814

/ s / *Nicky Hastings*
Nicky Hastings

W:\CDADOCS\00254\00071\PLEAD\C327628.DOCX

**DEFENDANT CITY OF COEUR D'ALENE ET AL'S**
**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**                   **- 7**