**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Randall Tetzner | COURT CASE NUMBER 2:17-cv-459-EJL |
|---|---|
| DEFENDANT Christa Hazel et. al. | TYPE OF PROCESS Complaint, Summons, Order |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
City of Coeur d'Alene

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
710 E. Mullan Ave., Coeur d'Alene ID 83814

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 3 |
|---|---|---|
| Randall Tetzner 1318 E. Locust Coeur d' Alene, ID 83814 | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, *All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 208-841-2858 | DATE 4/2/2019 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 3 | District of Origin No. 23 | District to Serve No. 23 | Signature of Authorized USMS Deputy or Clerk | Date 4-8-19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 04-19-19 | Time 10:18 | ☒ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

| Service Fee 65.00 | Total Mileage Charges (including endeavors) 5.80 | Forwarding Fee 0 | Total Charges 70.80 | Advance Deposits 0 | Amount owed to U.S. Marshal* or (Amount of Refund*) $70.80 |
|---|---|---|---|---|---|

REMARKS

U.S. MARSHAL
District of Idaho

APR 0 8 2019

RECEIVED

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE