UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CHRISTA HAZEL, Former Trustee President, )<br>Coeur d'Alene School District 271; TAMBRA )<br>PICKFORD, CASEY MORRISROE, TOM )<br>HEARN, DAVE EUBANKS, Trustees, Coeur )<br>d'Alene School District 271; MATT )<br>HANDELMAN, Former Superintendent, )<br>Coeur d'Alene School District 271; COEUR )<br>D'ALENE SCHOOL DISTRICT 271; CITY )<br>OF COEUR D'ALENE, IDAHO; COEUR )<br>D'ALENE POLICE DEPARTMENT; LEE R. )<br>WHITE, Chief of Police, Coeur d'Alene )<br>Police Department; JAY WILHELM, )<br>CRYSTAL SHAW, BUHL, Detectives, Coeur )<br>d'Alene Police Department; JOHN DOES 1 & )<br>2, Coeur d'Alene Police Officers; JOHN )<br>DOES 3-100 )<br><br>Defendants. )<br> ) | Case No: 2:17-cv-00459-DCN<br><br>**JUDGMENT** |

In accordance with the Court's January 7, 2020 Order (Dkt. 33), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED WITH PREJUDICE and closed.

DATED: January 17, 2020

David C. Nye
Chief U.S. District Court Judge

JUDGMENT – 1